No. 01–827. PHILLIPS, INDIVIDUALLY AND AS NEXT OF KIN TO PHILLIPS, ET AL. v. HILLCREST MEDICAL CENTER ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–916. MILLER v. HOUSTON INDEPENDENT SCHOOL DISTRICT. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 01–918. VENETIAN CASINO RESORT, L. L. C. v. LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–924. JOHNSON v. CITY OF SAN ANTONIO. C. A. 5th Cir. Certiorari denied.

No. 01–925. ABGN SALES, INC. v. HURT. C. A. 9th Cir. Certiorari denied.

No. 01–926. BURCHER v. QUINCY HILL TOWNHOUSE ASSN. ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–934. CHEATWOOD v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 01–937. VAN SLYKE v. NORTHROP GRUMMAN CORP. C. A. 4th Cir. Certiorari denied.

No. 01–938. SCHMIDT v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 01–944. SPRADLEY ET AL. v. OLD HARMONY BAPTIST CHURCH ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 01–951. FORNER ET AL. v. ALLENDALE CHARTER TOWNSHIP. Ct. App. Mich. Certiorari denied.

No. 01–956. UNITED STATES EX REL. KING v. HILLCREST HEALTH CENTER, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–957. WARE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.